UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 22-8649 GW (KS)                                                   Date: August 28, 2023

Title   <u>Onza D. Murphy v. Mary Thornton et al.</u>

Present: The Honorable:   Karen L. Stevenson, Chief U.S. Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff: n/a     Attorneys Present for Defendant: n/a

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On November 28, 2022, Plaintiff, a California inmate proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983 (the "Complaint"). (Dkt. No. 1.) The Complaint, attached exhibits, and Explanation of Claims in Support purported to challenge an unfair parole proceeding on due process grounds. (*Id.* at 5-6; Dkt. Nos. 2, 3.)

Plaintiff concurrently filed a request to proceed in forma pauperis ("IFP"). (Dkt. No. 4.) On December 5, 2022, the assigned District Judge postponed ruling on the IFP request because Plaintiff had not submitted a certified copy of a prison trust fund statement for the prior six months, which was necessary to enable the Court to determine if Plaintiff was able to prepay the filing fee. (Dkt. No. 7.) The District Judge also found that the Complaint raised a frivolous claim under the Fifth Amendment, was "deficient of facts to support a plausible claim" under the Fourteenth Amendment, and that Plaintiff "will be required to amend his Complaint to cure such defects, albeit not necessarily before his IFP request is granted or denied." (Id.)

On January 9, 2023, Plaintiff filed a certified copy of his inmate statement report but did not file an amended complaint. (Dkt. No. 8.) The District Judge subsequently ordered Plaintiff to file an amended complaint "as provided in the December 5, 2022 order" on or before January 26, 2023, and admonished Plaintiff that the failure to do so "will result in the action being dismissed without prejudice." (Dkt. No. 9.)

On January 30, 2023, having received no response from Plaintiff, the Court dismissed this action without prejudice. (Dkt. No. 10.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-8649 GW (KS)                                                     Date: August 28, 2023

Title      <u>Onza D. Murphy v. Mary Thornton et al.</u>

      On February 7, 2023, Plaintiff filed a Motion for Thirty (30) Day Extension of Time to file an amended complaint. (Dkt. No. 11.) On March 24, 2023, Plaintiff then filed a new "Explanation of Claims" making substantive legal arguments and a document entitled "Resubmission of § 1983 Civil Rights Lawsuit" with an amended complaint attached. (Dkt. Nos. 12, 13.) On July 10, 2023, the District Judge ruled that the Court "will treat these documents as Plaintiff's request to reopen the case" and referred the matter to the assigned Magistrate Judge for determination. (Dkt. No. 14.) Thereafter, on July 11, 2023, the assigned Magistrate Judge found that relief from judgment was warranted and directed the Clerk to reopen the instant proceeding. (Dkt. No. 15.)

      However, the Court also found that Plaintiff had "still not paid the $402 filing fee and his original IFP request was terminated when judgment was entered. Therefore, Plaintiff is ORDERED to either pay the fee or submit a new IFP request with supporting documentation to the District Judge **ON OR BEFORE AUGUST 10, 2023**." (*Id.* at 2 (emphasis in original).)

      Nearly three weeks have passed since Plaintiff's deadline expired to either pay the fee or submit a new IFP request, and Plaintiff has not done so. Plaintiff has not, in fact, had any contact with the Court since March 24, 2023, when he filed his request to reopen this matter. (Dkt. No. 13.) Accordingly, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than September 18, 2023, why this action should not be dismissed.**

      To that end, the Clerk is directed to send Plaintiff a copy of the Central District's form Request to Proceed In Forma Pauperis with Declaration in Support (CV-60). **To discharge this Order and proceed with his case, Plaintiff must either: (1) pay the filing fee in full; or (2) file the completed IFP forms, and the necessary documentation, with the Court on or before the September 18, 2023 deadline.**

      Plaintiff's failure to timely comply with this Order **WILL** result in a recommendation of dismissal of this case.

      **IT IS SO ORDERED**.

:

**Initials of Preparer**   gr