# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ONZA D. MURPHY, | ) | NO. CV 22-08649 GW (KS) |
|       Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| MARY THORNTON, et al., | ) | |
|       Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Amended Complaint, the October 4, 2023 Report and Recommendation of United States Magistrate Judge ("Report"), and all records herein. The time for filing Objections to the Report has passed and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that Judgment be entered dismissing this action without prejudice for the failure to pay the filing fee.

IT IS SO ORDERED.

DATED: November 13, 2023

                                                                            _____
                                                                            GEORGE H. WU
                                                                 UNITED STATES DISTRICT JUDGE