JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ONZA D. MURPHY, | ) | NO. CV 22-08649 GW (KS) |
| **Plaintiff,** | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| MARY THORNTON, et al., | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 13, 2023

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE